**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

GEORGE HOFFER,

    Plaintiff,

v.                                                                                      Case No.   3:16-cv-1472-J-34JRK

CAPITAL ONE BANK, N.A.,

    Defendant.

## O R D E R

**THIS CAUSE** is before the Court on the Notice of Settlement (Dkt. No. 10; Notice) filed on December 22, 2016. In the Notice, Plaintiff advises the Court that the parties have reached a settlement in this matter. See Notice at 1. Accordingly, it is hereby

**ORDERED:**

1. The parties shall have until **February 27, 2017**, to file a joint stipulation of dismissal or other appropriate documents to close out this file.

2. If the parties have not filed settlement pleadings or a request for additional time by the **February 27, 2017**, deadline, this case will automatically be deemed to be dismissed without prejudice.

3. The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

**DONE AND ORDERED** in Jacksonville, Florida this 30th day of December, 2016.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record